# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MARISOL SANCHEZ, individually and as a representative of a class of similarly-situated persons<br>v.<br>TOYS "R" US-DELAWARE, INC., F/K/A TOYS "R" US, INC., a Delaware corporation and DOES 1-10 | FILED: MAY 15, 2008<br>08CV2843           AEE<br>JUDGE DER YEGHIAYAN<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOYS "R" US-DELAWARE, INC., F/K/A TOYS "R" US, INC.

| NAME (Type or print) |
|---|
| Richard M. Hoffman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Richard M. Hoffman |

| FIRM |
|---|
| Wildman, Harrold, Allen & Dixon LLP |

| STREET ADDRESS |
|---|
| 225 West Wacker Drive |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3121675 | 312-201-2652 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐