UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARISOL SANCHEZ, individually and as a representative of a class of similarly-situated persons, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOYS õRö US-DELAWARE, INC. f/k/a )<br>TOYS õRö US, INC., a Delaware )<br>corporation and DOES 1-10, )<br>)<br>Defendants. ) | No. 08 CV 2843<br><br>Judge Der Yeghiayan<br>Magistrate Judge Denlow |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Plaintiff, MARISOL SANCHEZ, hereby files a voluntary dismissal without prejudice of the Class Action Complaint against Defendants, TOYS õRö US-DELAWARE, INC. f/k/a TOYS õRö US, INC., a Delaware corporation and DOES 1-10, as allowed under Federal Rules of Civil Procedure 41(a)(1).

Respectfully submitted,

MARISOL SANCHEZ, individually and as a representative of a class of similarly-situated persons

By:   s/Brian J. Wanca
         One of Plaintifføs Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500



Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing Notice of Voluntary Dismissal without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Michael Dockterman at:
dockterman@wildmanharrold.com

Richard Michael Hoffman at:
hoffman@wildmanharrold.com

Katherine K. Ivers at:
ivers@wildmanharrold.com

                                         s/Brian J. Wanca
                                         Brian J. Wanca
                                         Attorney for Plaintiff